## WISNIEWSKI v SLOWINSKI

Ohio Appeals, 6th Dist, Lucas Co
No 2499. Decided Feb 24, 1931

Stanley Grzezinski, Toledo, for Wisniewski.

Meck & Meck, Toledo, for Slowinski.

JUSTICE, P. J., CROW & KLINGER, JJ. (3rd Dist) sitting.

The facts are stated in the opinion.

KLINGER, J.

The verdict and judgment in this case is reversed and new trial granted for the following reasons:

The court erred in its charge to the jury as to negligence. In the opinion of this court, where a man carries a loaded revolver on his person and shoots and injures a third person while such third person is in the lawful discharge of his rights as a citizen, the presumption is that the party having the revolver was guilty of negligence. If by reason of his possession of such a weapon, a third party is shot and injured, there is no obligation on the part of the injured person to assume the burden of proving that the party shooting him was guilty of negligence.

Further, there is no evidence in the case that justifies the court in charging the law of settlement. The defendant's own evidence does not even create a presumption that any settlement was had or made. It is true, he says that he agreed to pay all bills, but in the same breath he says he didn't pay them.

Judgment will be reversed and the cause remanded for a new trial.

Justice, PJ, and Crow, J, concur.